7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:*  Brian D. Walters and Shelley R. Waggener<br>−−−BELOW MED−−−<br>*Debtor* | *Bankruptcy Case No.*<br>14−61280−abf13 |
| **Brian D. Walters**<br>**Shelley R. Waggener**<br>    Plaintiff(s) | *Adversary Case No.*<br>14−06031−abf |
| v. | |
| **Bank of America**<br>    Defendant(s) | |

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That judgment is entered in favor of Debtors/Plaintiffs Brian D. Walters & Shelley R. Waggener and against the Defendants, Bank of America and the lien claimed by Defendants, Bank of America be avoided pursuant to ll U.S.C. Section 506 and Defendants be allowed a general unsecured claim.



    Ann Thompson
    Court Executive

    By: /s/ Sharon Greene
        Deputy Clerk

Date of issuance: 12/22/14

Court to serve